J. Numa Jordy, Appellant, *v.* Frango Corporation, Respondent.

Argued November 18, 1943; decided January 6, 1944.

*Alexander Pfeiffer, Julius D. Freilicher* and *Myron P. Gordon* for appellant.

*Thomas J. Blake* and *James A. Walsh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY. DESMOND and THACHER, JJ.